IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KATHRYN CAMBRON**                                                                               **PLAINTIFF**

VS.                              **CASE NO. 3:04CV00233 JMM**

**USABLE LIFE INSURANCE COMPANY**                                          **DEFENDANT**

**ORDER**

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that the complaint in the above styled case be, and is hereby, dismissed with prejudice.

IT IS SO ORDERED this __14__ day of May, 2007.

_____
James M. Moody
United States District Court